# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-CV-181-BR

| | |
|---|---|
| **Pamela Kaye McMillon, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Loretta Miller, Administrator of the Estate of Rededieth M. Morrisey, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Loretta Miller, Administrator of the Estate of Rededieth M. Morrisey, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Rededieth M. Morrisey the following: "Loretta Miller, Administrator of the Estate of Rededieth M. Morrisey."

So ordered, this the 27th day of September, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge