UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-181-BR

| Pamela Kaye McMillon, et al., | ) |
| --- | --- |
| Plaintiffs, | ) |
| v. | ) |
| Murphy-Brown, LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Ollie Burton, as Personal Representative of the Estate of Willie J. Burton, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Ollie Burton, as Personal Representative of the Estate of Willie J. Burton, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Willie J. Burton the following: "Ollie Burton, as Personal Representative of the Estate of Willie J. Burton."

So ordered, this the __19__ day of June, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge